## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

CHRISTOPHER HOLLAMAN,

*Plaintiff,*

vs.                                                          Case No. 23-2070-EFM

SHREE RAM JAY RAM LLC, d/b/a
COMFORT INN & SUITES SHAWNEE,

*Defendant.*

### MEMORANDUM AND ORDER

Dilip Patel has moved for relief from the Clerk of the Court's May 3, 2023 entry of default. However, Plaintiff Christopher Hollaman's Amended Complaint names as Defendant only the business entity Shree Ram Jay Ram LLC. Mr. Patel is not mentioned in the complaint other than as a registered agent for the Defendant limited liability company. Plaintiff applied for default against that entity (Doc. 6), and Clerk entered default against the company.

"[I]n federal court, only an attorney admitted as a member of this court's bar may represent a business organization," and that this includes "corporations and limited liability companies."[1]  "This prohibition similarly extends to representation of an entity by a layperson

---

[1] *Ross v. Jenkins*, 2019 WL 8014566, at *1 (D. Kan. 2019).  *See Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007) ("Because both a partnership and a corporation must appear through license counsel, and because a limited liability company is a hybrid of the partnership and corporate forms, a limited liability company also may appear in federal court only through a licensed attorney" (citing cases)).

who is affiliated with the entity."[2]  Pleadings filed by a non-lawyer on behalf of a business entity may be properly stricken by the Court.[3]

**IT IS THEREFORE ORDERED** that the Clerk shall **STRIKE** from the docket the Motion for Relief (Doc. 9) putatively filed on behalf of Defendant.   The Clerk is directed to mail this M&O to Defendant c/o Dilip Patel; 27594 W. Highland Circle; Olathe, KS  66061-8423.

**IT IS SO ORDERED**.

Dated this 11th day of May, 2023.

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE

---

[2] *Alfaro-Huitron v. WKI Outsourcing Sols., LLC*, 2014 WL 12573321, at *2 (W.D. Tex. 2014).

[3] *Heizer v. Dent*, 2014 WL 12789693, at *4 (D.N.M. 2014).

-

- 3 -